IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CARLOS VARGAS RODRIGUEZ**                                                                 **PLAINTIFF**

V.                                        **CASE NO. 5:20-CV-5208**

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**                                                                             **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 28th day of February, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE